# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VINCENT MACKOVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV-00422-OWW-SMS P<br><br>ORDER DENYING MOTION FOR ORDER DIRECTING SERVICE OF PROCESS AS PREMATURE<br><br>(Doc. 8) |

　　Plaintiff John Vincent Mackovich ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action. On November 21, 2006, plaintiff filed a motion seeking an order directing service of process.

　　As plaintiff was notified via the First Informational Order, the court will issue an order directing the United States Marshal to initiate service of process only after it has screened the complaint and determined that the complaint states cognizable claims against the named defendants. (Doc. 4, ¶12.) The court has an overwhelming number of cases pending before it and will screen plaintiff's complaint in due course. (Id.) With respect to plaintiff's concern over the one-hundred twenty day limit set forth in Rule 4(m), because the court is controlling the timing of service of process rather than plaintiff, good cause exists for an extension of time as is necessary for the court to discharge its duty to screen the complaint prior to service. Fed. R. Civ. P. 4(m); 28 U.S.C. § 1915A. As such, this suit is *not* subject to dismissal for failure to effect service within one-hundred twenty days.

///

1

1 | Plaintiff's motion for an order directing service, filed November 21, 2006, is premature and
2 | is HEREBY DENIED on that ground.

4 | IT IS SO ORDERED.

5 | **Dated:**   **November 29, 2006**           /s/ Sandra M. Snyder
  | icido3                                      UNITED STATES MAGISTRATE JUDGE