# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VINCENT MACKOVICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:06-cv-00422-OWW-SMS PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF DEFENDANTS DEPARTMENT OF JUSTICE AND BUREAU OF PRISONS<br><br>(Doc. 12) |

Plaintiff John Vincent Mackovich ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to the Federal Tort Claims Act. 28 U.S.C. § 1346(b). Plaintiff filed this action on April 12, 2006. (Doc. 1.) On February 22, 2007, the court dismissed plaintiff's complaint, with leave to amend. (Doc. 10.) On March 20, 2007, plaintiff filed an amended complaint. (Doc. 12.)

The court has screened plaintiff's amended complaint, 28 U.S.C. § 1915A(a), and finds that it states a cognizable claim for relief against the United States under the Federal Tort Claims Act, Fed. R. Civ. P. 8(a). As plaintiff was informed by the court in its order of February 22, 2007, "[t]he United States is the *only* proper defendant in a [Federal Tort Claims Act] action." Lance v. United States, 70 F.3d 1093, 1095 (9th Cir. 1995) (citing Woods v. United States, 720 F.2d 1451, 1452 n.1 (9th Cir. 1983)) (emphasis added). In addition to the United States, plaintiff lists the Department of Justice and the Bureau of Prisons as defendants. This is impermissible and those defendants shall be dismissed. This action shall proceed against the United States on plaintiff's tort claim, and in a separate order the court directed the United States Marshal to initiate service of process.

     Based on the foregoing, it is HEREBY RECOMMENDED that the Department of Justice and the Bureau of Prisons be DISMISSED from this action.

     These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30) days** after being served with these Findings and Recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   March 22, 2007**          /s/ Sandra M. Snyder
icido3                                                    UNITED STATES MAGISTRATE JUDGE