# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VINCENT MACKOVICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　　Defendant.<br>_____ / | CASE NO. 1:06-cv-00422-OWW-SMS PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND DIRECTING THE UNITED STATES MARSHAL TO INITIATE SERVICE OF PROCESS ON THE UNITED STATES<br><br>(Doc. 12) |

Plaintiff John Vincent Mackovich ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action filed pursuant to the Federal Tort Claims Act. 28 U.S.C. § 1346(b). Plaintiff filed this action on April 12, 2006. The court screened has plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under the Federal Tort Claims Act against the United States. Fed. R. Civ. P. 8(a). Accordingly, it is HEREBY ORDERED that:

　　1.　　Service is appropriate for the following defendant:

**UNITED STATES OF AMERICA**

　　2.　　The Clerk of the Court is directed to forward the following documents to the United States Marshal:

　　　　(1)　　One completed and issued summons for <u>each</u> defendant to be served;

　　　　(2)　　One completed USM-285 form for <u>each</u> defendant to be served;

　　　　(3)　　One copy of the amended complaint filed on March 20, 2007, for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

        (4)    One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

        (5)    One copy of the court's consent form for <u>each</u> defendant to be served.

3.    Within **sixty (60) days** from the date of this order, the United States Marshal is directed to notify the following defendant in accordance with the provisions of Federal Rules of Civil Procedure 4(i) and 28 U.S.C. § 566(c):

**UNITED STATES OF AMERICA**

4.    The United States Marshal is directed to retain the summons and a copy of the complaint in their file for further use.

5.    The United States Marshal shall:

    a.    Personally serve process and a copy of this order upon the defendant pursuant to Rule 4(i) of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

    b.    Within **ten (10) days** after personal service is effected, the United States Marshal shall file the return of service for the defendant.

6.    In the event that defendant is personally served, defendant is required to reply to the complaint. 42 U.S.C. §1997e(g)(2).

IT IS SO ORDERED.

**Dated:**   **March 22, 2007**              /s/ Sandra M. Snyder
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE