UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VINCENT MACKOVICH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>　　　　　Defendant.<br>_____/ | 1:06-cv-00422-OWW-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING D.O.J. AND B.O.P. AS DEFENDANTS** (Doc. 12) |

　　　Plaintiff John Vincent Mackovich ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to the Federal Tort Claims Act. 28 U.S.C. § 1346(b). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On March 23, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. To date, plaintiff has not filed any objection.

//

//

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed March 23, 2007, is ADOPTED IN FULL; and,

    2.   Defendants Department of Justice and the Bureau of Prisons are DISMISSED from this action.

IT IS SO ORDERED.

**Dated:   June 5, 2007**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE