# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VINCENT MACKOVICH, | CASE NO. 1:06-cv-00422-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 17) |
| UNITED STATES GOVERNMENT, | |
| Defendant. | |
| _____/ | |

Plaintiff John Vincent Mackovich ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to the Federal Tort Claims Act.  28 U.S.C. § 1346(b). On May 30, 2007, plaintiff filed a motion seeking an order directing the United States Marshal to cure a deficiency in service of process.  On June 12, 2007, defendant answered the amended complaint.

Plaintiff 's motion is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:    June 13, 2007**                              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

1