# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN VINCENT MACKOVICH,                    CASE NO. 1:06-cv-00422-SMS PC

           Plaintiff,          ORDER DENYING MOTION FOR AN
                                           EXTENSION OF TIME AS PREMATURE

   v.                                      (Doc. 26)

UNITED STATES GOVERNMENT,

           Defendant.

_____/

     Plaintiff John Vincent Mackovich ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to the Federal Tort Claims Act.  28 U.S.C. § 1346(b). On July 2, 2007, plaintiff filed a motion seeking an extension of time to file an opposition to defendant's motion for "summary dismissal."

     To date, defendant has not filed any motions.  Plaintiff's motion for an extension of time to respond is premature and is HEREBY DENIED on that ground.

IT IS SO ORDERED.

**Dated:**   **July 6, 2007**                  **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE

1